In the Matter of IRWIN V. POWELL et al., Appellants, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— Order unanimously affirmed. No opinion. Peck, P. J., Dore, Cohn, Callahan and Botein, JJ., concur.

(September 21, 1954.)

IRIS GABRIEL, Respondent, v. JACQUES F. FERRAND et al., Appellants.— Motion to dismiss appeal granted with $10 costs. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES INDIVIGLIO and ANTHONY C. RICCO, Appellants.— Motion to dismiss appeal as to defendant Indiviglio granted. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.

SOPHIE R. WEISMAN, Appellant, v. WILLIAM WEISMAN, Respondent.— Order appealed from reversed and motion granted. No opinion. Settle order. The case is now on the eve of trial with both parties ready and we think, under the circumstances, a temporary injunction should issue. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.

In the Matter of the Probate of the Will of CHRISTINE KING, Deceased. CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Appellant; JAMES A. MACCOLL et al., Respondents.— Order appealed from affirmed. No opinion. Any objection that may be made under section 354 of the Civil Practice Act will be available to any party to the examination. (See *Matter of Coddington,* 307 N. Y. 181, and *Berkliff Undergarment Corp.* v. *Weissman,* 277 App. Div. 964.) Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.